IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMAL CHE' GLENN,
    Plaintiff,

vs.                                       Case No. 5:05cv213/MCR/MD

HOWARD RIGGINS, et al.,
    Defendants.

## O R D E R

This cause is before the court upon plaintiff's filing a civil complaint under 42 U.S.C. § 1983. Plaintiff has failed either to submit a motion to proceed *in forma pauperis* or pay the $250.00 filing fee. Plaintiff's case cannot proceed until he either pays the filing fee or files a properly completed *in forma pauperis* motion with supporting documentation.

Accordingly, it is ORDERED:

1.    The clerk is directed to send plaintiff a complete set of forms needed for filing a motion to proceed *in forma pauperis*. This case number should be written on the form.

2.    Plaintiff shall file either the completed motion to proceed *in forma pauperis*, or payment in the amount of $250.00. A complete application to proceed *in forma pauperis* includes a motion with supporting affidavit and a prisoner consent form and financial certificate with attachments (a printout of the transactions in plaintiff's inmate trust account for the past six months). The court will not process the complaint until all the required forms are submitted.

3.      Plaintiff shall do the above within **thirty (30) days** from the date of the docketing of this order.  Failure to do so will result in a recommendation that this case be dismissed for failure to prosecute and failure to comply with an order of the court.

DONE AND ORDERED this 28th day of October, 2005.


/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 5:05cv213/MCR/MD*