IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMAL CHE GLENN,
        Plaintiff,

vs.                                    5:05cv213/MCR/MD

HOWARD RIGGINS, et al.
        Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. On October 28, 2005, this court entered an order directing plaintiff to either complete and file a complete motion to proceed *in forma pauperis* or to pay the $250.00 filing fee. (Doc. 4). Plaintiff did not respond, and on December 6, 2005, the court entered an order to show cause why this case should not be dismissed for his failure to comply with an order of the court. (Doc. 5). Plaintiff has failed to respond.

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

At Pensacola, Florida, this 4th day of January, 2006.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. <u>See</u> 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).

*Case No: 5:05cv213/MCR/MD*