IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMAL CHE GLENN,
    Plaintiff,

vs.          CASE NO.: 5:05cv213/MCR/MD

HOWARD RIGGINS, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 4, 2006. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This case is dismissed without prejudice for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

    DONE AND ORDERED this 2nd day of February, 2006.

                _s/ M. Casey Rodgers_
                **M. CASEY RODGERS**
                **UNITED STATES DISTRICT JUDGE**